UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE,<br><br>               Plaintiff,<br><br>    v.<br><br>COUNTY OF SKAGIT,<br><br>               Defendant. | CASE NO. C17-765-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 31st day of May, 2017.

                                                                  _____
                                                              BRIAN A. TSUCHIDA
                                                              United States Magistrate Judge